IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ARTHUR UZZELL,<br>    Plaintiff, | )<br>) | Civil Action No. 7:13-cv-00453 |
| v. | )<br>)<br>) | **DISMISSAL ORDER** |
| JACK LEE, et al.,<br>    Defendant(s). | )<br>)<br>) | By:   Michael F. Urbanski<br>        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 20th day of November, 2013.

/s/ Michael F. Urbanski
United States District Judge